UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Allan Lewis</u>

        v.                        Case No. 10-cv-231-PB

<u>State of NH Judicial Branch</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 23, 2010.

    SO ORDERED.


December  6, 2010                      /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Allan Lewis, Pro Se